In the Matter of the Claim of ELIZABETH KUNST, Respondent, against GENERAL BRONZE CORPORATION et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

Submitted October 6, 1942; decided October 29, 1942.

*Albert P. Thill* and *John P. Smith* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.